IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JIHAD SHAHEED UHURU,
    Plaintiff,

v.                                                                   Civil No. 3:22cv160 (DJN)

RANDY GARDNER, *et al.*,
    Defendants.

## MEMORANDUM OPINION

    By Memorandum Order entered on May 26, 2022, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) At that time, the Court informed Plaintiff that he must keep the Court advised of his current address. By Memorandum Order entered on March 27, 2023, the Court directed Plaintiff to file a particularized complaint. (ECF No. 15.) On April 4, 2023, the United States Postal Service returned the March 27, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER" and Undeliverable/No Longer Here. (ECF No. 16, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

    An appropriate Order shall issue.

                                                                           /s/

Richmond, Virginia
Dated: April 17, 2023                                David J. Novak
                                                            United States District Judge